UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60763-CIV-COHN

MICHAEL KRAPF,

Magistrate Judge Seltzer

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

### ORDER OF REMAND TO COMMISSIONER, ORDER APPROVING REPORT AND RECOMMENDATION and ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFF

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 18] of Magistrate Judge Barry Seltzer, entered November 23, 2009, Plaintiff's Motion for Summary Judgment [DE 12], Defendant's Response and Cross-Motion for Summary Judgment [DE 13/15], and Defendant's Supplemental Brief in Accordance with the Court's Order [DE 17]. The Court notes that the Defendant has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on December 14, 2009.[1]

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), *cert. denied* 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). As to the legal conclusions of the Magistrate Judge, the Court has reviewed the arguments of the parties, and is otherwise fully advised in the premises.

---

[1] If Friday, November 27, 2009 is counted, then the Objections were due December 11, 2009.

This Court agrees with the reasoning and analysis of the Magistrate Judge that the Plaintiff's Motion for Summary Judgment be granted and the Defendant's Cross-Motion should be denied.  The Court agrees with the Magistrate Judge that because the Administrative Law Judge ("ALJ") in this Social Security disability case failed to re-contact Plaintiff's long-time treating psychiatrist and failed to articulate good cause for discounting the treating source's disability opinion, as well as reading the hearing testimony in a manner that was not reasonable, a remand to the Commissioner is warranted.  The Court further agrees with the Magistrate Judge that the ALJ failed to address the consultative psychologist's opinion that social skills training would be required so that Claimant "might" be able to function in a work environment, and failed to address the non-examining psychologists reviewer limitations that are not supportive of the ALJ's residual functional capacity finding.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 18] is hereby **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [DE 12] is hereby **GRANTED**;

3. Defendant's Cross-Motion for Summary Judgment [DE 15] is hereby **DENIED**;

4. The decision of the Commissioner in this case is hereby **REVERSED**;

5. This matter is hereby **REMANDED** to the Commissioner with instructions to re-contact Dr. Schapiro, to reconsider the hearing testimony, to address Dr. Shakes-Malone's opinion, and to address the reviewing psychologists limitations.

6. All other pending motions are denied as moot;

7. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2009.

JAMES I. COHN
United States District Judge

copies to:

Jennifer Jancicka, Esq.
James Weinkle, AUSA